## CERTIFICATE OF SERVICE

I, Brian A. Sullivan, Esq. hereby certify that on April 8, 2005 I served the

foregoing document upon the following parties in the manner indicated:

## VIA ELECTRONIC and OVERNIGHT MAIL:

William P. Weintraub, Esquire
Ian D. Scharf, Esquire
Pachulski, Stang, Ziehl, Young, Jones
     & Weintraub P.C.
780 Third Avenue
36th Floor
New York, New York 10017-2024
E-Mail: wweintraub@pszyjw.com
     ischarf@pszyjw.com

David G. Heiman, Esquire
Edward J. Sebold, Esquire
Heather Lennox, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
E-Mail: hlennox@jonesday.com

Michelle Morgan Harner, Esquire
Jones Day
77 W Wacker Drive
Chicago, Illinois 60601
E-Mail: mmharner@jonesday.com

Richard W. Reinthaler, Esquire
Dianne Coffino, Esquire
Paul J. Brodnicki, III, Esquire
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019
E-Mail: rreinthaler@deweyballantine.com
     dcoffino@deweyballantine.com
     pbrodnicki@deweyballantine.com

Gregg M. Mashberg, Esquire
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
E-mail: gmashberg@proskauer.com


**<u>VIA HAND DELIVERY and E-MAIL:</u>**

Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
E-Mail: <u>defranceschi@rlf.com</u>
          <u>heath@rlf.com</u>

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 Market Street, Suite 1400
Wilmington,  Delaware 19801
E-Mail: mfelger@cozen.com

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, Delaware 19899
E-Mail: <u>ljones@pszyjw.com</u>
          dcarickhoff@pszyjw.com



                          <u>/s/ Brian A. Sullivan</u>
                          Brian A. Sullivan