IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONCO INVESTMENT COMPANY, et al.,<br><br>　　　　　　　　　　　Debtors.<br><br>MW POST PORTFOLIO FUND LTD., et al.,<br><br>　　　　　　　　　　　Appellants,<br><br>- against -<br><br>NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, n/k/a WELLS FARGO BANK, MN, NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　　　　　　Appellees. | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10558 (RB)<br><br><br>Civil Action Nos. 04-1543 (SLR) (Lead); 04-1544 (SLR); 04-1545 (SLR); and 04-1546 (SLR) |

## AFFIDAVIT OF SERVICE

I, Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., attorneys for the Debtors, in the above-captioned action, and that on the 8th day of November 2005 she caused a copy of the following document(s) to be served upon the attached service list in the manner indicated:

**Notice of Substitution of Counsel, Entry of Appearance and Request for Notices and Other Pleadings**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Louise Tuschak*
　　　　　　　　　　　　　　　　　　　　　　　　Louise Tuschak

SWORN to and Subscribed before
me this 8th day of November 2005

*/s/ Holly T. Walsh*
NOTARY PUBLIC
Commission Exp.: 02/11/06

　　HOLLY T. WALSH
　Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

Wells Fargo Service List
Document No. 112886
07 – Hand Delivery
01 – Interoffice Mail

(Counsel for Wells Fargo Bank, National Association)
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

*Interoffice Mail*
(Counsel for Wells Fargo Bank, National Association)
William P. Weintraub, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
780 Third Avenue, 36th Floor
New York, NY  10017

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*Hand Delivery*
(Counsel for MW Post Portfolio Fund Ltd)
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Oglebay Norton Company)
Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Karen M. McKinley, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
)
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
Chase Manhattan Center, Suite 800
1201 Market Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Depository Trust Company)
Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Official Committee of Unsecured Creditors)
Gregory Thomas Donilon, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

*Hand Delivery*
(United States Trustee)
United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801